**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LASHONA S. RINGO                                                                                         PLAINTIFF

v.                                           5:14CV00357-SWW-JTK

MARSHALL, et al.                                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 5th day of November 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE